1  JOHN KRATTLI, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
3  Los Angeles, CA 90012-2713
   Telephone No. (213) 974-0812
4  Facsimile No. (213) 626-2105

5  DENNIS M. GONZALES, State Bar No. 59414
   RAYMOND W. SAKAI, State Bar No. 193507
6  NATHAN A. OYSTER, State Bar No. 225307
   LAWRENCE BEACH ALLEN & CHOI, PC
7  100 West Broadway, Suite 1200
   Glendale, CA 91210-1219
8  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937

9
   Attorneys for Defendants
10 COUNTY OF LOS ANGELES (also sued as the
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT),
11 DEPUTY ARMANDO AREVALO and
   DEPUTY WILLIAM CORDERO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| F.C., III, and R.S.C., minors, by and through their Guardian ad Litem, SONIA ISADORA RIOS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 10-00169 CAS (RZx)<br><br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER DISMISSING THE ACTION**<br><br>[FED. R. CIV. P 41(a)(1)(A)(ii)] |

///

///

1

1   In accordance with the Stipulation of the parties,
2   IT IS HEREBY ORDERED that this action is dismissed with prejudice, in
3   its entirety.  Each party is to bear their own fees and costs.
4   IT IS SO ORDERED.

7   Dated:  August 22, 2013

*[signature: Christine A. Snyder]*

Honorable Christina A. Snyder
United States District Court Judge