|   |   |
|---|---|
| 1 | JOHN KRATTLI, County Counsel |
|   | ROGER H. GRANBO, Assistant County Counsel |
| 2 | 648 Kenneth Hahn Hall of Administration |
|   | 500 West Temple Street |
| 3 | Los Angeles, CA 90012-2713 |
|   | Telephone No. (213) 974-0812 |
| 4 | Facsimile No. (213) 626-2105 |

DENNIS M. GONZALES, State Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
NATHAN A. OYSTER, State Bar No. 225307
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, CA 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES (also sued as the
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT),
DEPUTY ARMANDO AREVALO and
DEPUTY WILLIAM CORDERO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| F.C., III, and R.S.C., minors, by and through their Guardian ad Litem, SONIA ISADORA RIOS, | ) ) ) | Case No. CV 10-00169 CAS (RZx) |
|---|---|---|
|  | ) | Honorable Christina A. Snyder |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DISMISSING THE ACTION** |
| vs. | ) ) | [Fed. R. Civ. P 41(a)(1)(A)(ii)] |
| COUNTY OF LOS ANGELES, et al., | ) ) |  |
| Defendants. | ) ) ) |  |

///

///

1

In accordance with the Stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety. Each party is to bear their own fees and costs.

IT IS SO ORDERED.

Dated: August 22, 2013

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge